STATE OF NEW JERSEY v. SALVATORE N. DEVITO.

February 7, 1983.

Petition for certification denied.

---

STATE OF NEW JERSEY v. PATRICK FULMER.

February 7, 1983.

Petition for certification denied.

---

MANUEL SOLER v. CASTMASTER, DIVISION OF H.P.M. CORP.

February 7, 1983.

Petition for certification granted.

---

A. FRANKLAND BRANDT v. AL'S AUTO BODY SERVICE, INC.

February 7, 1983.

Petition for certification denied.

---

ROMAN ASPHALT CORPORATION v. BARBARA KEITH AND FIDELITY UNION TRUST COMPANY.

February 7, 1983.

Petition for certification denied.